# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | |
| Plaintiff, | Case No. 2:10-cv-02093-GMN-GWF |
| vs. | **ORDER** |
| PACIFICAP CONSTRUCTION SERVICES, LLC, *et al.*, | Motion to Enlarge Time (#82) |
| Defendants. | |

This matter is before the Court on Plaintiff Axis Surplus Insurance Company's Notice of Motion and Motion to Enlarge Time for Service of Dean Rasmuson and Francisco Guererro (#82), filed March 31, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff has been unable to locate and complete service upon Defendants Dean Rasmuson and Francisco Guererro because despite diligent efforts. As a result, Plaintiff requests an extension of time until August 12, 2011 to complete service. Upon review of the motion and the attached declaration, the Court finds Plaintiff has shown good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Axis Surplus Insurance Company's Notice of Motion and Motion to Enlarge Time for Service of Dean Rasmuson and Francisco Guererro (#82) is **granted**. Plaintiff shall effect service of process upon Defendants Dean Rasmuson and Francisco Guererro on or before **August 12, 2011**.

DATED this 4th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge