# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>PACIFICAP CONSTRUCTION SERVICES, LLC, *et al.*,<br><br>        Defendants. | Case No.  2:10-cv-02093-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff Axis Surplus Insurance Company's Motion for Scheduling Conference (#86) filed April 14, 2011.  Upon review and consideration,

**IT IS ORDERED** that Plaintiff Axis Surplus Insurance Company's Motion for Scheduling Conference (#86) is **granted**.  A scheduling conference is set for **Monday, April 25, 2011 at 2:30 p.m.** in Courtroom 3A before the undersigned magistrate judge.

DATED this 19th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge