# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PACIFICAP CONSTRUCTION SERVICES, LLC, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:10-cv-02093-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Court conducted a scheduling conference on April 25, 2011. Ms. Weller was directed to contact the other claimants' counsel and submit a Proposed Discovery Plan and Scheduling Order by May 6, 2011. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 23, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 11th day of May, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge