Kristol Bradley Ginapp
Nevada Bar No. 8468
E-Mail: kristol.ginapp@bullivant.com
Douglas G. Houser, *pro hac vice*
Oregon State Bar No. 600384
E-Mail: doug.houser@bullivant.com
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: 702.669.3600
Facsimile: 702.650.2995

Attorneys for Plaintiff
AXIS SURPLUS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, An Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICAP CONSTRUCTION SERVICES, LLC, erroneously referred to as PACIFICAP CONSTRUCTION CO., an Oregon limited liability company, PACIFICAP PROPERTIES GROUP, LLC, an Oregon limited liability company, PACIFICAP HOLDINGS XXIX, LLC, a Nevada limited liability company, CHEYENNE APARTMENTS PPG, LP, a Nevada limited partnership, AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation, ORION ENGINEERING AND SURVEYING, INC., a Nevada corporation, DEAN RASMUSON, an individual, OTAK NEVADA, LLC, an Oregon limited liability company, STATE OF NEVADA, ex rel., NEVADA DEPARTMENT OF TRANSPORTATION, an agency of the State of Nevada, AMERICAN FAMILY INSURANCE COMPANY, a foreign surety transacting business in the State of Nevada, A. I. SOUTH INSURANCE COMPANY, a foreign surety transacting business in the State of Nevada, ADVANCED CONSTRUCTION SERVICES, LLC, a Nevada limited liability company, ACS CONTRACTING, INC., a Nevada corporation (dba Advanced Construction Services, Inc.), MICHAEL J. HUNTER, an individual, GARY | Case No.: 2:10-CV-02093-GMN-GWF<br><br>**PLAINTIFF'S EXPEDITED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**AND ORDER** |

– 1 –

Bullivant|Houser|Bailey PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: 702.669.3600
Facsimile: 702.650.2995

1  L. KIRKLIN, an individual, TAMILO T.
   AFUSIA, an individual, RONALD M.
2  PHILLIPS, an individual, CHAD
   RENNAKER, an individual, JASON Q.
3  RENNAKER, an individual, FRANCISCO
   GUERERRO, an individual, DARLENE
4  BECERRA, as Special Administrator of the
   Estate of LORI ANN BECERRA, an
5  individual, ADRIAN MICHAEL BECERRA, a
   minor, individually, by and through his
6  Guardian Ad Litem, DARLENE BECERRA,
   an individual,
7  and CHRISTOPHER WATKINS,
   an individual, and DOES I through XXX,
8
            Defendant.
9

## PLAINTIFF'S EXPEDITED MOTION FOR
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff AXIS SURPLUS INSURANCE COMPANY, by and through its counsel of record, hereby moves this Honorable Court for an Order granting Voluntary Dismissal of this action without prejudice pursuant to FRCP 41(a)(2). By this Motion, AXIS heeds the Court's directives regarding dismissal of the matter given at the hearing in this matter held May 17, 2011. Pursuant to the Court's directives, AXIS moves that a Dismissal be granted without prejudice and without any award of attorneys' fees and/or costs to any party.

AXIS requests expedited consideration of this Motion for Voluntary Dismissal so that the Court may consider the request concurrent with the Court's pending decision on AXIS's Motion for Stay Interpleader and for Authorization to Use Interpleaded Funds to Participate in Joint Offers of Judgment in the Underlying Case. The pending Motion to Stay would be rendered moot by an Order granting the Dismissal.

///
///
///
///
///
///

This Motion is made in good faith and for the reasons stated herein.

DATED: May 18, 2011

          BULLIVANT HOUSER BAILEY PC

By /s/ Kristol Bradley Ginapp
  Kristol Bradley Ginapp
  Nevada Bar No. 8468
  E-Mail: kristol.ginapp@bullivant.com
  Douglas G. Houser
  Oregon State Bar No. 600384
  E-Mail: doug.houser@bullivant.com
  3883 Howard Hughes Parkway, Suite 550
  Las Vegas, Nevada 89169
  Telephone: 702.669.3600
  Facsimile: 702.650.2995

Attorneys for Plaintiff
AXIS SURPLUS INSURANCE COMPANY

## **ORDER**

**IT IS SO ORDERED** this 19th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

– 3 –